MICHAEL ROSEN, ESQ. 61 BROADWAY, NEW YORK, N.Y. 10006
212-742-1717 ( Tel); 212-248-4068 (Fax); mrosenlaw@aol.com (e-mail)

August 23, 2010

*This Court has reviewed the redactions and determined that they are appropriate in light of the considerations outlined in U.S v. Sattar, 471 F.Supp 2d 580, 386-87 (S.D.N.Y 2006). The Clerk of the Court is directed to publicly file this letter and the redacted submission.*

*So Ordered.*

*8/23/10*

BY FAX

Hon. Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Anthony Pica, 08-CR-559 (CBA)

Dear Judge Amon:

      This letter is submitted in response to the Court's order dated August 20, 2010, that defendant Anthony Pica show cause why his sentencing submission, including letters from family and friends, should not be made publicly available. Defendant Pica does not object to those documents being made publicly available, but only in the redacted forms submitted herewith.

      Defendant Pica recognizes that the public has a presumptive right of access to judicial proceedings and documents and that sentencing submissions are "judicial documents" to which the presumption applies.   United States v. Sattar, 471 F.Supp.2d 380, 386-87 (S.D.N.Y. 2006).   That presumption, however, can be overcome by the privacy interests of persons resisting disclosure, so as not "to cater to the morbid craving for that which is sensational or impure."   Id. at 387, citing United States v. Amodeo, 71 F.3d 1044, 1051 (2d Cir. 1995).   "[F]amily affairs, illnesses, embarrassing conduct with no public ramifications, and similar matters will weigh more heavily against access than conduct affecting a substantial portion of the public."   Sattar, 471 F. Supp.2d at 387, quoting Amodeo, 71 F.3d at 1051.

      For reasons that are obvious, the interests of personal privacy in the redacted portions of the materials submitted herewith "are sufficiently compelling to overcome the presumption of access."   Sattar, 471 F. Supp.2d at 388.

                              Very truly yours,

                              Michael Rosen

cc:  Nicole M. Argentieri, AUSA (by fax)

**MICHAEL ROSEN**
**Law Offices**
**61 Broadway, Suite 1105**
**New York, NY  10006**
**mrosenlaw@aol.com**

TEL (212) 742-1717                                                    FAX (212) 248-4068

August 5, 2010

Hon. Carol B. Amon
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Anthony Pica
      08 Cr. 00559 (CBA)

Dear Judge Amon:

My client, Anthony Pica, is scheduled to be sentenced on August 20, 2010 at 10:30 am. As is my practice I submit a compilation of letters from family and acquaintances so that you will have an opportunity to learn about the personal history and characteristics of Mr. Pica that were not brought out at the trial. To be sure, nothing can bring back Louis Antonelli or diminish the pain and grief his survivors have endured. Under all of the circumstances discussed below, however, I argue for a sentence less than life imprisonment for Anthony Pica.

Application Note 2(B) to U.S.S.G. Sec. 2A1.1 provides, in part," If the defendant did not cause the death intentionally or knowingly, a downward departure may be warranted...The extent of the departure should be based upon the defendant's state of mind...the degree of risk inherent in the conduct, and the nature of the underlying offense conduct."

The record before the Court established that Anthony Pica did not shoot or make contact with Mr. Antonelli. Government cooperating witness Charles Santiago testified that Anthony Pica told him not to hurt or harm Mr. Antonelli. (Trial Transcript, page 435, 436) See, also, Presentence Investigation Report, Paragraph 8 ("PSR"). These factors of record, I submit, warrant Your Honor considering a departure from the advisory guideline of a life sentence.

Page-2-
Re:    United States v. Anthony Pica
       08 Cr. 00559 (CBA)

## ANTHONY PICA'S HISTORY AND CHARACTERISTICS

Anthony Pica is 31 years of age and is in Criminal History Category 1. As extensively referenced
in the PSR (Paras. 58-64 ), Mr. Pica had an unstable childhood which was summed up by the
Probation Department as follows:

████████████████████████████████████████████
which caused residential, emotional and financial instability
throughout the defendant's childhood. ███████████████
███████████████████ may be considered a mitigating factor
for the purpose of sentencing" PSR, Para. 97.

Anthony Pica's youth and growing years were difficult, overwhelming and devastating. As
described by sister Danielle in her letter to Your Honor ██████████████████████████
██████████████████████ At times their parochial school would deny Anthony and Danielle bringing
books home to study due to tuition issues.

During Junior High School, Anthony and Danielle moved from house to house ███████████████
██████████████████████ They lived with relatives and, at times, with
friends or strangers. ███████████████████████████████████████
████████████████████████████████████████████

Anthony and Danielle took total charge of younger brother Billy after their father died in 2001.
Danielle was successful in adopting Billy. Danielle adds:



Kelly Ann Jackson, a life-long family friend who works with Danielle at a medical office, relates
to Your Honor some of the nightmares Anthony experienced as a youth ███████████████████

Page-3-
Re:    United States v. Anthony Pica
       08 Cr. 00559 (CBA)


█████████    What did remain strong, however, throughout this turmoil, was Anthony and Danielle's love of their parents and commitment to younger brother Billy

Billy recounts for Your Honor the difficulties and tragedies he encountered since he was seven years old. He relates his close, supportive and loving relationship with brother Anthony and sister Danielle and describes the interactions with Anthony who became "my only salvation".

Billy concludes his letter to Your Honor with:

       "Please, Your Honor, allow my brother, best friend, and my 2nd
       father to return home to me one day."

Yet, throughout his turbulent and difficult young years, Anthony Pica was able to finish and graduate high school. He also was employed at various jobs and volunteered at Staten Island University Hospital (PSR, Para. 75, 77-81). He had passed examinations for jobs at Con Edison and NYC Sanitation Department.

As noted above, Anthony Pica is in Criminal History Category I. He has an education and work history that indicates that after service of a substantial period of incarceration, and should Your Honor impose a sentence that gives him a chance to return to his family and society, he possesses the intellect, educational background, work history and familial ties to make a positive contribution to the community.

Please consider imposing a sentence less than life imprisonment on Anthony Pica.

Because of the sensitive nature of the disclosures herein, I request that this submission not be made part of the public record.

Thank you.

               Respectfully,

               Michael Rosen

MR:wp

cc:  AUSA Nicole Argentieri
     AUSA John Buretta

Hon. Carol B. Amon
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

July 12, 2010
Re: Anthony Pica

Dear Judge Amon,

     My name is Danielle Pica-Solla. I am married to Michael Solla and have two children. I have known Anthony Pica for 33 years. I am his older sister. When he was born I was three years old. I do not remember much from the first few years because I was young. Approximately at the age of five I remember playing with Anthony. He was always a pleasure as a kid to be around as everyone has told me. During those years our lives were not as stable as they should be. We have some good memories and some devastating. Of course the difficult times were overwhelming to us as young as we were.

     During those years we attended St. Margaret Mary School. Anthony started SMMS when he was six years old in the first grade, and I was eight years old in the third grade. Anthony was liked by all his teachers and had an excellent behavior. He enjoyed going to school, received good grades, and played football for many years. Despite the childhood he had he always wanted to make his parents proud. While being in SMMS there was some family issues financially, which would interfere with our tuition causing us not to be able to bring home our books to study. Anthony always made arrangements to meet with a friend from class to complete his work.

     In the later years, when we were in junior high, continued in SMMS, Anthony served as an alter boy. He made a lot of friends in school and remained friends with them during the later years. He was loved by his friend's families. One particular family is the Steers family. They love him as if he was their son. Anthony and I always remained close to one another because we had to. We always wanted to be together, whether we were crying, laughing, or just wanted to spend time together. During our junior high school years we began to move from house to house. We lived with our Aunt for some time, then with our grandparents, even at times with friends and strangers. There were some times when we were separated and it was very upsetting to the both of us. We have had the loss of clothes, toys, beds, and even at times our valuables due to the interruptions.

We were exposed to many different people with drug addiction.

██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████ ███████ver times were
really bad my grandparents would come to wherever we were and take us from the
unstable environment ███████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████

In 2001, we lost an important person in our lives, our Dad. He died in our latest
home in Staten Island on the couch in the living room with my mother ████████████
████████████████ Anthony and I lived together in an apartment that I
had been living in for three years. I had asked Anthony to come live with me because I
didn't want him to be exposed to these situations alone. Approximately three months
later, September 2001 the family decided to move in together because financially they
weren't able to live. I relocated and moved in to my parent's home. ██████████████
███████████████████████████████████. We all were
devastated and Anthony and my Mom took it worse. ███████████████████████
███████████████████████████████████, we had to be
parents to our youngest brother Billy. There were times that our lights had been turned
off for non-payment and we had to use candles. I work full time for University Physicians
Group since the age of sixteen and while we lived together Anthony would attend to Billy
whether it was taking and picking him up from school. Anthony signed Billy up for
football and was involved in it for approximately ten years. We served as football team
mom and dad. We sacrificed raising Billy, even when our families offered. In 2004 I
went and filed for adoption of my younger brother Billy. Anthony, Billy, and I went on
small vacation together and tried our best to give Billy a better life than we had. My
Grandmother Grace DeMarco and Grandfather Joseph DeMarco have had a tremendous
impact in our lives. They made sure that we had food to eat, clothing to wear, and most
important love that we may have been missing at times. We are so thankful for having
them. They continue to be there for us and our love for them is strong. We always
wondered what we would have done without them.

██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████

I always tried to protect my brothers from all the problems that were brought our way. I have no regrets with the life I lived with my younger brothers. I am so thankful that we all have our health and each other.

My brother and I had suffered many years and I can't imagine living my life without him. We have been strong throughout all the years and my brother is a kind, warm hearted individual. This wasn't an easy task for me to put in writing, however I wanted to be honest with you and hope that you are able to give Anthony the opportunity to come back home to his family one day and to a future of his own.

Sincerely,

Danielle Pica

Hon. Carol B. Amon
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

July 25, 2010

Dear Judge Amon,

     I am writing to you in regard to Anthony Pica. My name is William Pica. I am 18 years old. I am a graduate of New Dorp High School and presently working full time as a plumber's assistant. I am the youngest of three siblings. My brother Anthony and Sister Danielle have been there for me since I was 7 years old. These two people had a significant impact in my life as a young boy and as for today.

     In July of 2001, my family lost an important man, my dad.

My siblings became my parents instantly and we all tried to avoid the matter as much as possible, however we lived it. My brother Anthony was my role model. I looked up to him because he always was there for me, whether it was taking me to sports or just taking me to the movies. Anthony was loved by so many friends and family. Whenever he walked into a room he made so many people smile and would do anything for anyone. If we were driving in the car and he saw someone begging for money he would go to the nearest store and buy them food. He took the place of my father in so many ways. He spent numerous hours through the years studying with me to make sure I received good grades and always wanted me to better myself. I was advised in the 6th grade I was going to be placed in special education, due to my behavioral issues. My brother immediately took action and met with the board of education to make changes and avoid the situation. He sat in my classroom twice a week to teach me how to deal with my anger and have better behavior. He signed me up for football because he played for many years and loved the sport. He took time to practice with my team mates and I to help us to do better. I received many awards and I have him to thank for it. There were times that we didn't see eye to eye, however we worked through it. Anthony dated a girl named Sandra for seven years and I spent a lot of time with them. Anthony always made me feel safe and happy. Anthony was always very understanding and easy to talk to opposed to my sister because she was overwhelmed by the issues. My brother and sister sacrificed their weekends, meaning they would rotate when they would go out with their friends because Anthony refused to have a babysitter watch me.

We have had plumbing issues causing the entire house to be flooded. We have lived with no kitchen for 2 years and ate frozen food in the microwave. Things were really in shambles for sometime.

There were days we would all cry because things got really bad at times. Anthony had a trade which was pluming and took the initiative to repair the kitchen, however it took time due to financial difficulties. We spent a lot of holidays alone ███████████████

███████████████ My brother has taught me many good qualities. He always taught me to treat everyone with respect and they way I wanted to be treated. He took time to speak to my friends about things that they were doing in life that were wrong. I continue to look up to my brother and I am devastated with the life I have had. I was close to my dad, he died ███ ███████████████████████████████████ Then my brother was my only salvation and he has been taken from me. I know in my heart that he would never do anything to hurt anyone in anyway.

Please your honor; allow my brother, best friend, and my 2nd father to return home to me one day.

Sincerely,

William Pica

William Pica

July 28, 2010

Hon. Carol Amon
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Amon;

     I am writing this letter in regards to my grandson Anthony Pica. My name is Grace DeMarco I am Grace Pica's mother. I am 75 years old and look at Anthony as my son. There isn't a day that I don't think about him. He has always been there for me, whether it was taking me to the doctors, food shopping, or just out to dinner and keeping me company. ████████████████████████████████████████████

████ My daughter had just graduated high school and was an intelligent woman with no bad habits. Approximately at the age of 19 she had given birth to Anthony. At this time Billy and Grace received their vows in City Hall. ████████████████████████████. It was devastating to the entire family. Billy Pica was involved with college ██████████████

████████████████████████████████████. At this time I lived in Florida and had to relocate to New York temporarily because my grand children were exposed to unsafe environments. My x-husband John OConnor ████████████████████████████████████ My oldest son unfortunately died on February 26, 2010 of liver disease ████████ In the later years, 1967 I met a man named Joseph Demarco who I remarried and had one child with. He took care of my kids and my grandchildren I as if they were his own. I am married to Joseph DeMarco for 35 years.

     When I relocated to New York my daughter had been living with her in-laws with both children and Mr. William Pica went into the National Guard, with hopes that his life would change for better. I took both Danielle and Anthony to live with me in Florida.

Danielle and Anthony attended St. Margaret Mary School from grades 1 thru grades 8th. He has made many friends through his life some of which I would rather he not. He once told me no matter what type of person you may be we should treat everyone equal. He tried to enjoy life to the fullest as his childhood had disturbance. There were numerous times the principal has called me because children were left alone with no one there to pick them up. I have tried to replace their lives of having me as a parent as much as possible We have taken them on vacations and even at times took them food shopping for snacks. The littlest things that I have done for them were greatly appreciated.

Danielle became very angry and moved out of their home as young as 16 years old to live on her own. Anthony was between her apartment and with his parents. As for Anthony he would stay with his parents for the most part. At one point in their lives I could remember my daughter and grandchildren living with me and my son-in-law Billy lived in the Ferry Terminal. The extent of the Pica family treated them all as outcasts. They were never invited over their houses for diner on holidays.

The Pica name had become an embarrassment to these children. My grandchildren would spend several hours playing in a park I have gone nights loosing sleep worrying what if anything would happen to these children.

In the later years 1991 Grace and Billy brought a precious baby boy into the family, Billy Jr. At this time things were a much more stabile and the Pica family reunited and lived together in a home that was purchased with inheritance. In 2001, the family suffered a loss of William Pica I can't even begin to tell you how severe the children suffered at this time. I felt that I lost my own son. William Pica was a respectful man with a heart of gold. He took care of his children and always provided for them. He worked around the clock to make sure he was able to pay the bills in the house.

Danielle and Anthony insisted taking care of Billy on their own. They became the parents They remained very close to one another and knew I was always only a phone call away. The have spent holidays at home alone

With all this being said please allow me to tell you that my grandchildren, especially Anthony was a pleasure to be around. He never was judgmental to anyone. He has seen many different horrifying situations in his life and always tried to make a better future. Please allow my grandson to return home to us one day. I pray I am still alive when he walks out the door of a federal prison.

Thank you for taking the time to read this letter.

Sincerely,

Grace DeMarco

Hon. Carol B. Amon

United States District Judge

United States Courthouse

225 Cadman Plaza East

Brooklyn, New York 11201

July 19, 2010

Dear Judge Amon,

I am writing this letter on behalf of Anthony Pica. I have known him since we were little children. Our families are very close.

Anthony grew up in a home that was not very stable. ████████████████████ ████████████████████████████████████████████ There were many nights, Anthony and Danielle were left home alone, without adult supervision. There were also many nights, while they were asleep, people would be banging on the door all hours of the night.

Anthony has a younger brother, Billy. Anthony was twelve when he was born. As Anthony and Danielle grew up, the responsibility of Billy became their own ████████████████████ ████████████████████████████████████████████████████████ This was not a normal childhood for any of them. Anthony and Danielle were basically raising themselves along with little Billy.

Anthony took on after school jobs, such as a grocery store that was owned by his uncle. He worked there for many years. After high school, Anthony worked in plumbing and carpentry. He was very handy.

At the age of twenty-one or twenty-two, Anthony's father suffered a massive heart attack. He passed away instantly on the couch in their home. This was a hard time for everyone, especially Anthony. ██████████████████████████, Anthony still loved him with all his heart. █████████ ████████████████████████████████████████████████████████████ █████████████████████

█████████████████████████████████████████████████████████ ██████████████████████████████



Anthony and Danielle would take turns staying with Billy.

Anthony, as you now know, has not had a stable childhood. He is a role model to his younger brother, Billy. He is always there whenever you need him, whether you needed something fixed in your house, or just need him to lend an ear. Anthony is the most gentle, kind-hearted man i know.

So on August 20, when it is time to make a decision on Anthony Pica's life, please take into consideration, how many lives would be destroyed if he spends the rest of his life in prison, especially mine.

Your Honor, please consider a minimum sentence. He is like a brother to me and many others. Thank you for taking the time to read this letter.

Sincerely,

Kelly Ann Jackson

Kelly Ann Jackson

Hon Carol Amon

United States District Judge

United States Courthouse

225 Cadman Plaza East

Brooklyn, NY 11201

July 28, 2010

Dear Judge Amon;

My name is Michael Solla. I am Anthony's brother in law. I am 33 years old and an electrician in Local 3 Union. I have known Anthony for nine years. The Pica family had a rough life growing up and also the death of their father ████████████████████████

No matter what happened, Anthony always tried to be a father figure to Danielle and Billy. Anthony was like a father to his companion's children for many years. He was always there for anyone with whatever they needed.

He has made such a significant impact on my son's life, Joseph, who is three years old. Anthony was placed in prison when Joseph was one year old and he keeps a close relationship with him, whether it be dancing and singing for him in a visit or making him cards every week.

With all this being said, Your Honor, please allow this family to be reunited with our missing loved important person, Anthony Pica. Thank you for your time.

Sincerely,

Michael Solla

Michael Solla

Hon. Carol Amon
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

July 26, 2010

Dear Judge Amon;

    I am writing this letter in regards to Anthony Pica. I have known Anthony for many years. I am very close to his sister, Danielle . Our families are close, whether it is spending holidays together or just hanging out.
████████████████████████████████ Anthony and Danielle were alone a lot. I can remember when Anthony and Danielle were growing up, they didn't seem to be your average children. At the ages 15 (Danielle) and 13(Anthony), they seem to have more responsibility then other kids. Danielle would be taking care of Billy, their younger brother while Anthony would work at the grocery store, and vice versa. They tried to stick together the best that they could██████████████████████████
██████████ Anthony did have two people besides Danielle that he could rely on, his grandparents.███████████████████████████████████████
██

    In July of 2001, Anthony's father, Bill passed away. He had a heart attack. This took a toll on the entire family. Anthony tried his hardest to hold everyone together, but he himself was devastated. Anthony was a hard worker. He worked as an apprentice of a plumbing company for many years. he learned the trade of plumbing, worked long days, and any side jobs he could find. He always wanted to be able to help Danielle and Billy as much as possible, especially after Bill's passing.
█████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████ Anthony would always tried to take care of his mother, especially after Bill's death. He felt like he had to. He was now the man of the house, and this was his job.

    Anthony was very caring to all people he came in contact with. He dated a girl for many years who herself had two children. He immediately became a role model to those children. Whenever they needed something, he would try to do his best to help them. He treated and loves those kids as if they were his own, still to this day.

    Your Honor, Anthony is a loving and caring man. Please take into consideration, how many lives he has come in contact and has made an impact on, when making your decision. Thank you for taking the time to read this letter.

Sincerely,

Helen Jackson Schnell



# UPG
## UNIVERSITY PHYSICIANS GROUP

1110 SOUTH AVENUE • SUITE 306 • STATEN ISLAND, NY 10314 • TEL: (718) 370-7100

Hon. Carol B. Amon
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

July 14, 2010
Re: Anthony Pica

Dear Judge Amon,

My name is Alexander I. Gecht. I am a Physician at University Physicians Group. I have known Anthony and Danielle Pica for seventeen years. I was an original member of Staten Island Family Physicians. During that time Danielle was a Receptionist for our practice and soon after a Manager. Unfortunately, soon after she was employed with our company her dad expired unexpectedly of a massive myocardial infarction. ▮▮▮▮▮▮▮▮▮▮▮ Danielle adopting her youngest brother, Billy. Anthony and Danielle took the role model of parents at this time.

I have had several contacts with Anthony Pica over the years. He was also employed with my office for Maintenance. He was a well mannered man and he treated everyone with respect. He was liked by everyone. In April of 2004, my office relocated and Anthony transported all the medical files and expensive equipment from one location to another. The transfer went very smoothly with no difficulty.

I have had nothing but good relations and experience with Anthony Pica. Your Honor, please allow Anthony to be able to return home to his Brother and Sister.

Sincerely,

Alexander I. Gecht, MD

Hon. Carol B. Amon
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

July 22, 2010

Dear Judge Amon,

    My name is Nicole ▓▓▓▓▓ I have two children. I have known Anthony Pica for 12 years. Anthony was and still is my best friend. He has helped me through the most devastating times in my life. One of which was my fathers death in April of 2001. If I didn't have Anthony by my side I don't think I would have made it in life. I suffered with depression ▓▓▓▓▓▓▓ due to my father's death. A few months later, Anthony's father passed away in July of 2001 and we were there for each other. At that time I had given birth to my son, Steven. It came natural to me to have Anthony as my sons Godfather. I knew that if anything would ever happen to me he would be there for him and teach him to follow the right direction in life. Anthony taught me how to be a better mother to my children and also a stronger woman. ▓▓▓▓▓▓▓▓▓▓ Anthony showed me how to have more confidence and respect for myself. I also had the loss of my mother at the age of 12 ▓▓▓▓▓▓▓▓▓▓ Anthony and I had something in common. Anthony cared for me and loved me more than anyone has everyone loved me. Anthony's patience, kindness, and understanding saved my life many times. He never gave up on me. He took the responsibility of caring for my children. My children were always with my grandparents because I always felt I wasn't able to take care of them. When Anthony and I starting dating he was there for my children and made us into a family. He treated my children as if they were his own. He spent numerous hours doing homework with them. He was there for them when their dads weren't. He had a better relationship with my children's Dad then I did. My family has so much love and respect for him. There isn't a day that goes by that my grandparents and family ask for him. Anthony always made me comfortable. My children miss Anthony terribly and since he has been incarcerated they have both changed. Unfortunately, their grades have gone down tremendously. Anthony and I have had arguments and no matter what we always got through them. I will continue to do what I am expected to do with my children and also for myself, as Anthony has taught me. I thank god since I meant Anthony. I felt he was an angel sent form God. Your honor, with all this being said my life has been in a depression. He was my back bone for so many years and my life will never be the same. He has been a dad to me and children. He would go out of his way for anyone in need.

Thank you for taking the time and reading this letter. Please allow Anthony to have an opportunity to return home to his family.

Sincerely,

Nicole

Nicole █████████

Hon. Carol Amon
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

July 22, 2010

Dear Judge Amon,

I am writing this short letter in concern to Anthony Pica upcoming sentencing.
Anthony is related to me through marriage. His sister, Danielle is married to my son,
Michael Solla. I have known Anthony for 8 years. He has always been an important part
of our family and in his brother and sister's life. The family has not been the same but we
pray and hope his sentence will allow his to share our lives together again. Anthony has
always been very respectful, well-mannered, and always worried about his family, which
includes his mother and his grandmother. Please take into consideration how this will
affect us all. Anthony is a changed man and his choices of friends has changed him. His
family will make sure that he will be well taken care of. Please give him a chance

Sincerely,

*Mrs Virginia Solla*
Virginia Solla

Hon. Carol Amon
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

July 22, 2010

Dear Judge Amon,

    My name is Carmine Battaglia and I am writing in regards to Anthony Pica. I have known Anthony for eighteen years. He is one of my childhood friends that I grew up with and became like a brother to me. We shared many memories together that I will never forget. Growing up with him, I have seen him go through many hardships. He never had a stable house growing up. His father died July of 2001 and that took a big toll on him and his family. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ the only one that he could count on for anything were his friends and sister, Danielle. His sister, Danielle practically raised him on her own and acted like a mother to him. He was always a great friend and was there for me if I ever needed anything. Anthony is very loving to his brother Billy and always protected him and was a role model to him. He was always a very caring, loving, reliable friend and would do practically anything to help anyone in need. He never caused any trouble and would always be the friend that could guide you in the right direction. He would always make you laugh and lift your spirits when you felt. It saddens me to see the trouble that he has gotten himself into and I can only ask that you show leniency when sentencing him. Thank you very much for your time.

               Sincerely,

               Carmine Battaglia

Hon. Carol b. Amon
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

July 16, 2010
Re: Anthony Pica

Dear Judge Amon,

My name is Bianca Horne and I work with Anthony Pica's sister Danielle Sulla.
I had the pleasure of meeting Anthony about 16 years ago, through his sister Danielle.
She and I had been working together throughout these years.

My first impression of him, that he was kind and friendly to everyone. He is very close to
his family, specially his sister Danielle and his brother William and also his friends.

Anthony was always there for everyone, his friends, his family, even people he didn't
know well. He would do anything for them. Always helping people, that was his nature.

When he started dating a girl with kids, he immediately became like a father of those
children. He supported, loved and raised them, as they were his own. These children
loved and looked up to him.

It was always pleasant to be around him, he made me feel like family.

Words can not describe how of a wonderful person he is.

Sincerely,

Bianca Horne

Hon. Carol B. Amon
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

To Whom It May Concern:

Re: Anthony Pica

      I am writing this letter on behalf of Anthony Pica, a man that I have known for at least 20 years. I known Anthony well because he was like a little brother to me, his sister Danielle has been one of my closest friends. I know Anthony is a kind and generous man who has overcome many obstacles in his thirty one years ████████████████████████ ██████████████████ Regardless of these circumstances Anthony stood up for his family and never complained. He became a father figure for his younger brother, William Pica never wanting him to see or witness the devastation Anthony and his sister Danielle saw.

I ask if you could please take this into consideration when sentencing Anthony.

Sincerely,

*Jacqueline Fagoni*

Jacqueline Fagoni

Hon. Carol Amon

United States District Judge

United States Courthouse

225 Cadman Plaza East

Brooklyn, NY 11201

July 28, 2010

Dear Judge Amon;

My name is John Leahy, a relative of Anthony Pica's. Anthony was always a big part in my life since I was born. He has always been there for me and always will be when I have a problem in life. I've always looked at Anthony as my older brother even though he is my cousin, because he would always steer me in the right direction in times of need.

I have known Anthony my entire life and can honestly say, he is one of the people I look up to most. I chose Anthony as my sponsor for confirmation because I was always so close to him and knew that Anthony was and always will be an important part of my life. He also helped me practice driving when I received my driver's permit, which I appreciate now that I have my driver's license. All the times I've been over their house or just going out to eat, Anthony and I would always find ways to have fun and make the best of it.

Anthony would always want to be a part of mine and his family's life to make sure everyone was happy. He would always support me in whatever way possible.

Basketball is my favourite sport. Anthony would play outside my house for hours with me to practice my game. He would challenge me to better myself in this sport. This time we spent together was very special to me because he took time out of his life for me. Anthony always thought of me and my well being. I love my cousin Anthony for all the things he has done for me.  Thank you for your time.

Sincerely,

John Leahy

Hon. Carol Amon

United States District Judge

United States Courthouse

225 Cadman Plaza East

Brooklyn, NY 11201

July 28, 2010

Dear Honorable Judge Amon;

My name is Elena DiMartino and I am cousin and Godmother to Anthony Pica who will be before you in August for sentencing. I am writing with a heavy heart , I have known Anthony his whole life, was there when he was born and had the privilege to become his Godmother.

Anthony has always been a kind, loving, respectful person to everyone especially his family. He has taken care of my Aunt Gracie, his grandmother and has always been there for her and his family.

Anthony has taken the role of being a father to his younger brother Billy and older sister Danielle; he tried to do the best for his siblings.

Anthony's life has not always been stable, ███████████████████████ his father died at a young age. Although this is not an excuse for a crime or to take away the severity of what occurred. I know that Anthony is sorrowful and remorseful for what happened in his life and when released will become a productive citizen in the community. I ask that you please be merciful when he is sentenced before you.

Respectfully yours,

Elena DiMartino