# CRIMINAL CAUSE FOR RESENTENCING

BEFORE: **AMON, USDJ**     DATE: 9/24/20     TIME: 12:10pm (30 mins)

DOCKET #: CR08-00559

DEFENDANT:  Anthony Pica- c

DEFENSE COUNSEL: Samuel Jacobson F/D

AUSA: Frank Turner Buford

INTERPRETER:

USPO: Roberta Houlton          PTSO:

COURT REPORTER: Lisa Schmid

DEPUTY CLERK: T. Campbell

✓   Case called

_____ Sentencing adjourned to

✓   ReSentencing held

✓   Statements of defendant and counsel heard

✓   Defendant sentenced to counts  1 & 2

   of Indictment (Superseding) / Information

✓   Remaining open counts dismissed and/or (vacated:)

   _____ on Court's motion     _____ on Government's motion

✓   Court advised defendant of right to appeal

_____ Clerk to file Notice of Appeal in forma pauperis for defendant

_____ Defendant remanded

_____ Defendant to remain on bail pending determination of appeal

## FULL TEXT OF SENTENCE

The deft is hereby resentenced to 240 months on count 1 and on count 2; 216 months to run concurrently with the sentence on count 1; and 24 months to run consecutively followed by 3 years of s/r to run concurrently on each count.

Deft has already paid $400 s/a.

Restitution $36,000. Fine waived

Deft shall comply with special conditions of s/r stated in J&C.